STATEN ISLAND MENTAL HEALTH SOCIETY, INC., *v.* RICHMOND COUNTY SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN ET AL.

No. 503.   Decided December 11, 1961.

*Marland Gale* and *Leonard M. Leiman* for appellant.

*Mark F. Hughes* for the Mission of the Immaculate Virgin for the Protection of Homeless and Destitute Children, and *Sigmund A. Grajewski* for the Children's Aid Society, appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.